MICHAEL GRAMS, PLAINTIFF, v. STERN BROTHERS, IN-
CORPORATED, A CORPORATION, DEFENDANT.

Submitted October 13, 1928—Decided March 20, 1929.

Before Justices Trenchard, Kalisch and Lloyd.

For the rule, *John W. Lyness* and *Edward A. Markley.*

*Contra, Walter L. Glenney* (*Edwin F. Smith* and *Ray-
mond Dawson,* of counsel).

Per Curiam.

This case was tried at the Middlesex Circuit, the jury re-
turning a verdict against the defendant in favor of the
plaintiff for $500.

The plaintiff obtained this rule to show cause why that
verdict should not be set aside as inadequate, and the only
question argued here is whether or not the verdict is in-
adequate.

The action was for personal injuries to the plaintiff alleged
to have been caused by the negligence of a servant of the
defendant in the operation of an automobile which struck
the plaintiff. The accident occurred September 1st, 1927,
while the plaintiff was attempting to cross Bound Brook road,
in the borough of Middlesex in Middlesex county.

We have examined with care the testimony in relation to
damages. It would serve no useful purpose to set it forth
in detail. Our conclusion is that we cannot say that the ver-
dict is so small as to justify us in saying that it is inadequate.

The rule to show cause will be discharged.